**In re Mark P. REYNOLDS, Appellant,**

v.

**BOONE COUNTY, Missouri, Respondent.**

**No. WD 77116.**

Missouri Court of Appeals, Western District.

Sept. 30, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 28, 2014.

Application for Transfer Denied Dec. 23, 2014.

Mark Reynolds, appellant pro-se.

Charles J. Dykhouse, for respondent.

Before Division Three: GARY D. WITT, Presiding Judge, JOSEPH M. ELLIS, Judge and THOMAS H. NEWTON, Judge.

### ORDER

PER CURIAM:

Appellant Mark Reynolds appeals *pro se* from the denial of his § 571.092 petition for the removal of a disqualification to ship, transport, receive, purchase, possess, or transfer firearms. After a thorough review of the record, we conclude no error resulted from the trial court's denial of Appellant's § 571.092 petition. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**